# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ALAN NOLAN,<br><br>Petitioner,<br><br>v.<br><br>CHARLES CALLAHAN,<br><br>Respondent. | Case No. 8:18-cv-00847-FMO (MAA)<br><br>**ORDER TO SHOW CAUSE** |

On May 12, 2018, Petitioner filed, through counsel, a Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254. (ECF No. 1.) On the same date, Petitioner filed a motion for a stay pursuant to *Rhines v. Weber*, 544 U.S. 269 (2005). (ECF No. 3.)

On September 14, 2018, the Court issued an order granting Petitioner's motion for a *Rhines* stay. (ECF No. 14.) The Court also ordered Petitioner to file a status report, within thirty days after the service date of the order, in which he gives an update about the progress of his habeas petitions in the California courts. (*Id.*)

More than thirty days have elapsed since the service date of the order on Petitioner. As of this date, Petitioner has not filed the required status report or otherwise communicated with the Court.

Accordingly, Petitioner is ORDERED TO SHOW CAUSE within **fourteen (14)** days after the service date of this Order why the Court should not dismiss his Petition without prejudice for failure to prosecute and failure to comply with the Court's orders. Petitioner may discharge this order by filing, within **fourteen (14)** days after the service date of this order, a status report as required by the Court in its order issued on September 14, 2018.

**Petitioner's failure to timely comply with this order will result in a recommendation that this action be dismissed without prejudice for failure to prosecute.**

DATED: Nov. 6, 2018

_____
MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE