# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.: 8:18-cv-00847-FMO-MAA | Date: March 29, 2019 |
| Title: Nolan v. Callahan | |

Present: The Honorable MARIA A. AUDERO, United States Magistrate Judge

| | |
|---|---|
| Chris Silva | N/A |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):** Order to Show Cause re: Petitioner's Failure to File Status Report

On September 14, 2018, the Court issued an order granting Petitioner's motion for a *Rhines* stay and ordered Petitioner to file a status report every thirty (30) days, providing the Court with an update on the progress of his habeas petition in the California courts. (ECF No. 14.) Over 30 days have elapsed since the previous report was filed on February 8, 2019. This is the third time Petitioner, who is represented by counsel, has failed to file a timely status report. (*See* ECF Nos. 15, 17.)

Accordingly, Petitioner is **ORDERED TO SHOW CAUSE within fourteen (14) days** after service of this Order why the Court should not dismiss this action without prejudice for failure to prosecute and failure to comply with the Court's Order. Alternatively, Petitioner may discharge this Order to Show Cause by filing the requisite status report.

Following Petitioner's response to this Order to Show Cause, Petitioner shall file further status reports every **sixty (60) days**. Additionally, within seven (7) days after receipt of any ruling of the California courts on the merits of his petition, Petitioner shall lodge notice of such ruling with this Court, indicating the deciding court, the case number, and the disposition. Requests for extensions of time will be granted only upon a showing of good cause.

**Petitioner's failure to timely comply with this Order will result in a recommendation that this action be dismissed without prejudice for failure to prosecute and failure to follow court orders.**

It is so ordered.

| | | |
|---|---|---|
| CV-90 (03/15) | Civil Minutes – General | Page **1** of **1** |